920 P.2d 385

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Antonio v. Fukuhara | 173347 | 6/13/96 | Affirmed |
| Doe, (DOB 5/21/91), In re | 17064 | 6/17/96 | Affirmed |
| State v. Shaum | 16549 | 6/18/96 | Reversed and Affirmed in part |
| Poe v. Hawai'i Labor Relations Bd. | 18641 | 6/20/96 | Vacated and Remanded |
| State v. Grammer | 16958 | 6/20/96 | Affirmed |
| Doe; Jane (DOB 11/29/84), In re | 16439 | 7/03/96 | Affirmed |
| State v. Tabucbuc | 17409 | 7/03/96 | Reversed |
| State v. Uyehara | 17805 | 7/16/96 | Affirmed |
| Vonstroheim–Seay, Inc. v. CTS International Corp. | 17231 | 7/17/96 | Affirmed |

## June 8, 1996

| | | |
|---|---|---|
| 17023 | State v. Akai | Affirmed |
| 17394 | State v. Jenkins | Affirmed |